UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONSTANCE HALIBURTON-BRYANT,      )
                                  )
        Plaintiff,                )
                                  )
        v.                        )        NO.  3:08-0269
                                  )        Judge Trauger/Bryant
MIDDLE TENNESSEE STATE            )
UNIVERSITY, et al.,               )
                                  )
        Defendants.               )

## MEMORANDUM AND ORDER

There have been several recent filings in this case.  On November 17, 2008, plaintiff filed her Motion For Leave Of Court To Amend Pleadings (Docket Entry No. 28).  This motion was granted by the Court by order dated December 1, 2008 (Docket Entry No. 30), which directed the plaintiff to file her amended complaint on or before Monday, December 15, 2008.  On December 22, 2008, plaintiff filed her Motion For Extension Of Time To File Amended Pleadings (Docket Entry No. 31).  Contemporaneously with this motion, plaintiff filed her Amended Pleadings For Joinder Of Causes (Docket Entry No. 32), which was accompanied by a supporting memorandum (Docket Entry No. 33).  From these pleadings and the timing of their filing, it is unclear to the undersigned Magistrate Judge whether plaintiff seeks permission to file an additional amended complaint or, instead, whether her "Amended Pleadings For Joinder Of Causes" is intended to be her amended complaint.  In either event, the Court hereby **GRANTS** plaintiff's motion for extension of time to file amended pleadings.  Plaintiff is hereby **directed** to

file on or before **Friday, February 27, 2009**, an amended complaint which will supersede and replace all prior complaints, and which will contain a statement of all claims the plaintiff seeks to assert in this lawsuit. To the extent that plaintiff seeks to assert claims against any defendants other than Middle Tennessee State University, this amended complaint shall identify any additional defendants by name or by description that will permit identification in the caption of the pleading. The plaintiff is reminded that Rule 8 of the Federal Rules of Civil Procedure provides that a pleading that states a claim for relief must contain a short and plain statement of the grounds for the Court's jurisdiction, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for the relief sought.

Given the anticipated filing by plaintiff of this amended complaint, defendant's motion to dismiss (Docket Entry No. 7) is hereby **DENIED** as moot, without prejudice to the defendant's right to raise these defenses in a later motion. Similarly, plaintiff's motion entitled "Reinstatement Of Prior Proceedings, Claims And Charges; Filing Of New Claims And Charges" (Docket Entry No. 21) and defendant's motion for more definite statement (Docket Entry No. 25) are hereby **DENIED** as moot.

2

It is so **ORDERED**.

                                   s/ John S. Bryant
                                   JOHN S. BRYANT
                                   United States Magistrate Judge