IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONSTANCE HALIBURTON-BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-0269 |
| ) | Judge Trauger |
| MIDDLE TENNESSEE STATE UNIVERSITY ) | Magistrate Judge Bryant |
| and COMDATA CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 20, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 46), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion to Dismiss (Docket No. 7) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 31st day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge